### 25262. SMITH v. SMITH, Warden.

GRICE, Justice. The appellant has failed to file an enumeration of errors, which is required by the Appellate Practice Act. Ga. L. 1965, pp. 18, 29; 1965, pp. 240, 243; 1968, pp. 1072, 1077 (*Code Ann.* § 6-810). Therefore the appeal is

*Dismissed. All the Justices concur.*

SUBMITTED JULY 14, 1969—DECIDED SEPTEMBER 8, 1969.

Robert L. Smith, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Marion O. Gordon, Courtney Wilder Stanton, Assistant Attorneys General,* for appellee.